UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**CAMELOT BANQUET ROOMS,**
**INC., et al.,**
    **Plaintiffs,**

    v.                                    Case No. 21-C-0447

**UNITED STATES SMALL BUSINESS**
**ADMINISTRATION, et al.,**
    **Defendants.**

---

## ORDER

**IT IS ORDERED** that, on or before **April 8, 2022**, the parties shall file a joint status report that addresses whether further proceedings in the district court are needed. If the parties are unable to agree on a joint report, each party may file its own report.

Dated at Milwaukee, Wisconsin, this 24th day of March, 2022.

                                                 s/Lynn Adelman_____
                                               LYNN ADELMAN
                                               United States District Judge